IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN PEREZ,
      Plaintiff,

v.        Civil No. 5:20-cv-04331-JMG

OFFICER JOSE LEBRON, *et al.,*
      Defendants.

## ORDER

**AND NOW**, this 3rd day of June, 2021, upon consideration of Defendants' Partial Motion to Dismiss and Motion to Strike (ECF No. 14), Plaintiff's response thereto (ECF No. 17), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that Defendants' Partial Motion to Dismiss and Motion to Strike (ECF No. 14) is **GRANTED in part** and **DENIED in part** as follows:

1. Perez's Section 1981 claim (Count VII) is **DISMISSED with prejudice.**

2. The remainder of the Motion is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge