# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN PEREZ,
        Plaintiff,

        v.                                         Civil No. 5:20-cv-04331-JMG

OFFICER JOSE LEBRON, *et al.,*
        Defendants.

## ORDER

**AND NOW**, this 6th day of August, 2021, upon consideration of Defendants' Motion to Compel (ECF No. 34), Plaintiff's response thereto (ECF No. 35), and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that Defendants' Motion to Compel (ECF No. 34) is **DENIED without prejudice.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge